IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § | |
| Plaintiff/Respondent, | § § | |
| V. | § § | CR. No. C-02-252 (6) |
| | § | C.A. No. C-06-87 |
| ANDRES MARTINEZ, | § § | |
| Defendant/Movant. | § | |

## FINAL JUDGMENT

The Court enters final judgment denying defendant Andres Martinez's motion to vacate, set aside or correct sentence under 28 U.S.C. § 2255.

ORDERED this 19th day of February, 2006.

_____
HAYDEN HEAD
CHIEF JUDGE